MILDRED BEET v. DANIEL VERMEULEN.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ANNA H. AHRENS, Respondent, v. MARY J. WICHELNS and Others, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

NETTIE SOBEL, Appellant, v. MORRIS L. MASHKOWITZ, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.; Page, J., dissenting.

BRANESLAW RYKCZYNSKI, Respondent, v. WILLIAM BLANK, Defendant, and AUGUST BLANK and Another, Appellants, Copartners, etc.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.; Greenbaum, J., dissenting.

HENRY M. HUEBSHMAN and Another, Copartners, etc., Respondents, v. G. B. G. MFG. CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

GUISEPPE BIFFARELLA, Respondent, v. HENRY C. ZARO, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

DELAWARE STEAMSHIP AND COMMERCE CORPORATION, Respondent, v. NORTH AMERICAN FORWARDING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

CHARLES MALEK, as Administrator, etc., of CHARLES MALEK, Deceased, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, INC., Appellant.— Judgment and order reversed and a new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $3,457.70, in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

AFRAIEM ORINSTEIN, Respondent, v. WM. SIMPSON SONS & CO., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the verdict is plainly a compromise verdict. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

COMMONWEALTH TRUST COMPANY OF PITTSBURGH, Respondent, v. FRANK B. HALL & COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

FRANK G. WEISS, Respondent, v. THE BANK OF UNITED STATES, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.